IN RE LEAKAN

No. 149 PC.

Case below: 51 N.C. App. 464.

Petition by respondent for discretionary review under G.S. 7A-31 denied 2 June 1981.

McGEE v. INSURANCE CO.

No. 124 PC.

Case below: 51 N.C. App. 72.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 June 1981.

MIDREX CORP. v. LYNCH, SEC. OF REVENUE

No. 113 PC.

Case below: 50 N.C. App. 611.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 June 1981. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 2 June 1981.

PIGOTT v. CITY OF WILMINGTON

No. 115 PC.

Case below: 50 N.C. App. 401.

Petition by plaintiffs for writ of certiorari to North Carolina Court of Appeals denied 2 June 1981.

ROLLINS v. ROLLINS

No. 142 PC.

Case below: 51 N.C. App. 249.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 June 1981.